**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| IN THE MATTER OF CERTAIN | § |
| IMMIGRATION HABEAS CASES | § |
| ASSIGNED TO U.S. DISTRICT JUDGE | § |
| XAVIER RODRIGUEZ | § |

## DISMISSAL ORDER

On this date, the Court considered the status of the immigration habeas cases attached to this order as Appendix A.

Petitioners in these cases filed habeas petitions challenging the legality of their detention. The Government recently submitted an advisory to the Court (Appendix B), indicating that the Petitioner(s) in each case has either been either (1) released from federal custody or (2) removed from the country.

Because Respondents are no longer detaining those Petitioners, their claims for relief are moot. Each case listed on Exhibit A is therefore **DISMISSED AS MOOT**. A final judgment will follow in each case pursuant to Rule 58.

It is so **ORDERED**.

**SIGNED** this 17th day of July, 2026.

_____

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

**APPENDIX A**

1.  5:25-cv-01566-XR Eduardo Xavier Jimbo Mendez v. Warden, South Texas Detention Facility

2.  5:26-cv-00661-XR Zhu Aiqing v. Facility Director, Compass Connections et al

3.  5:26-cv-00663-XR Cosmo Da Silva v. Noem et al

4.  5:26-cv-00759-XR Jaimes Moreno v. Rodriguez et al

5.  5:26-cv-00802-XR Santos-Romero v. Thompson et al

6.  5:26-cv-00890-XR Kapil KC v. Warden, South Texas ICE Processing Center

7.  5:26-cv-01042-XR WANG v. VERGARA-LOPEZ et al

8.  5:26-cv-01093-XR Koroma v. The Department of Homeland Security et al

9.  5:26-cv-01100-XR Mendez v. McKee

10. 5:26-cv-01594-XR RUIZ CUEVAS v. Warden of the South Texas Detention Center et al

11. 5:26-cv-01732-XR Salinas-Guevara v. BONDI et al

12. 5:26-cv-01845-XR Aguilar-Quijano v. Bondi, et al.

13. 5:26-cv-01870-XR Rivera Maldonado v. Mayorkas et al

14. 5:26-cv-01914-XR Beltran Martinez v. Bondi et al

15. 5:26-cv-01956-XR Calixte v. U.S Department of Homeland Security et al

16. 5:26-cv-01975-XR Tran v. Bondi et al

17. 5:26-cv-02006-XR Rodriguez-Hernandez v. Warden, Karnes County, et al

18. 5:26-cv-02033-XR Garaban v. DHS et al

19. 5:26-cv-02052-XR Vivas Diaz v. Warden, et al

20. 5:26-cv-02057-XR Adaralegbe v. Warden, South Texas ICE Processing Center et al

21. 5:26-cv-02095-XR Similien v. Bondi, et al.

22. 5:26-cv-02116-XR Avila Segura v. Thompson, et al.

23. 5:26-cv-02129-XR Talha v. Bondi et al

24. 5:26-cv-02136-XR Yokarasa v. Bondi et al

25. 5:26-cv-02174-XR Perez Rambaut v. Thompson et al

26. 5:26-cv-02216-XR Oviedo Gonzalez v. Thompson

27. 5:26-cv-02233-XR Asad v. Warden et al

28. 5:26-cv-02245-XR Castillo v. Attorney General of the United States et al

29. 5:26-cv-02289-XR Moura Amaro v. Karnes County Immigration Processing Center et al

30. 5:26-cv-02342-XR Mejias Solano v. Bondi et al

31. 5:26-cv-02451-XR Argueta Alvarado v. Bondi et al

32.    5:26-cv-02469-XR Valdes-Carreon v. Bondi et al

33.    5:26-cv-02528-XR Contreras-Chuecos v. U.S Department of Homeland Security et al

34.    5:26-cv-02865-XR Vargas Cabrera v. Warden, South Texas Immigration Processing Center et al

35.    5:26-cv-02891-XR Mondragon Luna v. Lyons et al  Released/Removed: Released.

36.    5:26-cv-02916-XR Senan Gil v. Warden, Karnes County Immigration Processing Center et al

37.    5:26-cv-02923-XR Mondragon Sanchez v. Lyons et al

38.    5:26-cv-02995-XR Semedov v. Blanche et al

39.    5:26-cv-02996-XR Franco-Matamoros v. Warden, Dilley Immigration Processing Center et al

40.    5:26-cv-03001-XR Teotonio-Aguiiar v. Warden, Dilley Immigration Processing Center et al

41.    5:26-cv-03082-XR De Leon Reyes v. Thompson et al

42.    5:26-cv-03225-XR Duenas v. Attorney General of the United States et al

43.    5:26-cv-03402-XR Da Silva Gomez v. Mullin et al

44.    5:26-cv-03416-XR Zuvieta Arvisu v. Vergara et al

45.    5:26-cv-03540-XR Bah v. Blanche et al

46.    5:26-cv-03564-XR Martin Garcia v. U.S. Immigration and Customs Enforcement et al

47.    5:26-cv-03588-XR Chunzho Canar v. Attorney General of the United States et al

48.    5:26-cv-03714-XR  Herrera-Gutierrez v. Warden, La Salle County Regional Detention Center et al

49.    5:26-cv-03775-XR Ramirez Calderon v. Lyons et al

50.    5:26-cv-03936-XR Blanco Guevara v. Karnes County Immigration Processing Center et al

51.    5:26-cv-04019-XR Nava Pineda v. Vergara et al

52.    5:26-cv-04044-XR Alvaro Paquiul Coy v. Ortega et al

53.    5:26-cv-04074-XR Figueredo-Carrasco v. Attorney General of the United States et al

54.    5:26-cv-04105-XR Vazquez de Vielma v. Director, Dilley Immigration Processing Center et al

55.    5:26-cv-04203-XR Santana Martinez v. Warden et al

56.    5:26-cv-04303-XR, Velasquez Lopez v. Venturella et al

57.    5:26-cv-04276-XR Arbella v. Warden, Dilley Immigration Processing Center et al

58.    5:26-cv-04272-XR Perez v. Attorney General of the United States et al

59.    5:26-cv-04303-XR Velasquez Lopez v. Venturella et al

APPENDIX B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In the Matter of Immigration Habeas Cases
Assigned to
U.S. District Judge Xavier Rodriguez

**Response to Order for an *Ex Parte* Advisory**

Federal Respondents provide the following advisory in response to this Court's order, issued July 13, 2026, in 360 habeas petitions. *See e.g.*, 5:26-CV-3512 Doc. 11 (July 13, 2026).

Respondents include "Attachment A" which includes the:

- Case Name and Cause Number
- Whether Petitioner has been released or removed
- Detention authority provision asserted justifying detention
- Date instant detention commenced
- Date removal order became final (if applicable)
- Whether Petitioner received an individualized bond hearing and the date

Federal Respondents immediately began collecting information upon issuance of this Court's first omnibus order. *See e.g.* 5:26-CV-3512, Doc. 10. This first omnibus order directed Respondents to provide this information no later than July 15, 2026. *Id*. On July 13, 2026, this Court issued his second order requesting information on 385 cases for Respondents to review and provide responsive information. *See* Doc. 11 *supra*. In the second order, a deadline was not included. *Id*.

Based on this expedited timeline, undersigned and colleagues worked diligently to collect and verify the information in Attachment A. The information in Attachment A is not intended to supplant the full arguments briefed in the individual cause numbers. Any inconsistencies between Attachment A and Respondents' full briefing are unintended, and Respondents request this Court rely on the full briefing.

1

Respectfully submitted,

Justin R. Simmons
United States Attorney


By: */s/ Anne Marie Cordova*
    Anne Marie Cordova
    Assistant United States Attorney
    Texas Bar No. 24073789
    601 N.W. Loop 410, Suite 600
    San Antonio, Texas 78216
    (210)384-7100
    (210)384-7312 (fax)
    Anne.Marie.Cordova@usdoj.gov

    Attorneys for Federal Respondents

2

**Attachment A**

1. 1:26-cv-01335-XR Arreola Herrera v. Vergara et al

   Released/Removed: No

   Detention Authority: 1225(b)(2)(A)

   Date of Instant Detention: May 12, 2026

   Whether individualized bond hearing has occurred? No

2. 1:26-cv-01537-XR Reyes Blanco v. Vergara et al

   Released/Removed: No

   Detention Authority: 1225(b)(2)(A)

   Date of Instant Detention: May 31, 2026

   Whether individualized bond hearing has occurred? No

3. 1:26-cv-01573-XR Chi Ricopa v. Ortega et al

   Released/Removed: No

   Detention Authority: 1225(b)(2)(A)

   Date of Instant Detention: May 29, 2026

   Whether individualized bond hearing has occurred? No

4. 1:26-cv-01576-XR Martinez Lara v. Vergara et al

   Released/Removed: No

   Detention Authority: 1225(b)(2)(A)

   Date of Instant Detention: May 9, 2026

   Whether individualized bond hearing has occurred? No

5. 1:26-cv-01590-XR Shelton Cervino v. Blanche et al

   Released/Removed: No

   Detention Authority: 1225(b)(2)(A)

   Date of Instant Detention: May 29, 2026

   Whether individualized bond hearing has occurred? No

6. 1:26-cv-01606-XR Eleria Zaragoza v. Vergara et al

   Released/Removed: No

1

*Attachment A*

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: June 2, 2026

Whether individualized bond hearing has occurred? No

7. 1:26-cv-01614-XR Duran Camacho v. Ortega et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: June 7, 2026

Whether individualized bond hearing has occurred: No

8. 1:26-cv-01653-XR Lopez Balderas v. Collins et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: May 23, 2026

Whether individualized bond hearing has occurred? No

9. 1:26-cv-01718-XR Garcia Ovalle v. Vergara et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: June 22, 2026

Whether individualized bond hearing has occurred? No

10. 1:26-cv-01741-XR Garcia v. Collins

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: December 7, 2025

Whether individualized bond hearing has occurred? No

11. 1:26-CV-01831 Izaguirre-Betanco v. Mullin et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/27/2026

2

*Attachment A*

Whether individualized bond hearing has occurred: No

12. 1:26-CV-01836 Garcia Mendoza v. Vergara et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/27/2026

Whether individualized bond hearing has occurred: No

13. 1:26-CV-1875 Carapio-Guerra v. Blanche et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/20/2026

Whether individualized bond hearing has occurred: No

14. 1:26-CV-1896 Lanas Bocanegra v. Mullin et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/26/2026

Whether individualized bond hearing has occurred: No

15. 5:25-CV-00478 Segid v. U.S. Department of Homeland Security

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(iii)(IV)

Date of Instant Detention: 07/26/2023

Date removal order became final: 08/31/2023

Whether individualized bond hearing has occurred: N/A

16.5:25-cv-01566-XR Eduardo Xavier Jimbo Mendez v. Warden, South Texas Detention Facility

Released/Removed: Yes

17. 5:25-cv-01727-XR Jbala v. Castro et al

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(ii)

3

**Attachment A**

Date of Instant Detention: 06/24/2025

Whether individualized bond hearing has occurred? No

18. 5:25-cv-01774-XR Barreto-Santamaria v. Field Office Director et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 11/9/2025

Whether individualized bond hearing has occurred? Yes, 01/12/2026

19. 5:26-cv-00377-XR Hassan Djimo v. ICE

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 08/04/2024

Whether individualized bond hearing has occurred? No

20. 5:26-cv-00392-XR Elhassan v. Warden, STIPC et al

Released/Removed? No

Detention Authority: 1231

Date of Instant Detention: June 26, 2025

Date removal order became final: July 18, 2025

Whether individualized bond hearing has occurred? N/A

21. 5:26-cv-00396-XR Garcia-Delgado v. Thompson

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 12/17/2025

Whether individualized bond hearing has occurred? Yes, 01/15/2026

22. 5:26-cv-00482-XR Alaa-Aldeen v. Bondi et al

Released/Removed: No

Detention Authority: 1231

Date of Instant Detention: January 23, 2025

4

***Attachment A***

Date removal order became final: April 14, 2025

Whether individualized bond hearing has occurred? N/A

23. 5:26-cv-00597-XR Galvez Castillo v. Bondi et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: June 11, 2025

Whether individualized bond hearing has occurred? Yes, 07/14/2025

24. 5:26-cv-00602-XR CEBALLOS HERNANDEZ v. Bondi et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 12/30/2025

Whether individualized bond hearing has occurred? Yes, 01/15/2026

25. 5:26-cv-00620-XR GHAMOUSHI-RAMANDI v. Thompson et al

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(ii); 1226(c)(1)(D) (subject to terrorism related grounds of inadmissibility)

Date of Instant Detention: December 5, 2023

Whether individualized bond hearing has occurred: No

26. 5:26-cv-00628-XR Saavedra-Salazar v. Rodriguez Jr. et al

Released/Removed? No

Detention Authority: 1231 via Visa Waiver Program (VWP)

Date of Instant Detention: 10/27/2025

Whether individualized bond hearing has occurred? No

27. 5:26-cv-00636-XR RAMOS SANCHEZ v. Vergara et al

Released/Removed? No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: October 8, 2025

5

***Attachment A***

Whether individualized bond hearing has occurred? No

28. 5:26-cv-00661-XR Zhu Aiqing, mother and next friend and on behalf of W.J., a minor v. Facility Director, Compass Connections et al

Released/Removed? Yes

29. 5:26-cv-00663-XR Cosmo Da Silva v. Noem et al

Released/Removed? Yes

30. 5:26-cv-00753-XR ELHASSAN v. Bondi et al

See #20 above (consolidated / successive petition)

31. 5:26-cv-00757-XR Flores Flores v. Homan et al

Released/Removed? No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: December 6, 2025

Whether an individualized bond hearing has occurred? No

32. 5:26-cv-00759-XR Jaimes Moreno v. Rodriguez et al

Released/Removed? Yes

33. 5:26-cv-00802-XR Santos-Romero v. Thompson et al

Released/Removed? Yes

34. 5:26-cv-00832-XR Sanavria-Serrano v. Bondi et al

Released/Removed? No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: October 29, 2025

Whether an individual bond hearing has occurred? No

35. 5:26-cv-00838-XR CANO LORA v. Vergara et al

Release/Removed? No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: January 2, 2026

Whether an individual bond hearing has occurred? No

6

*Attachment A*

36. 5:26-cv-00880-XR Canales Melgar v. Department of Homeland Security et al

   SUCCESSIVE PETITION: original denied 5:25-CV-1571

   Released/Removed? No

   Detention Authority: 1225(b)(1)(B)(ii)

   Date of Instant Detention: 10/02/2025

   Whether an individualized bond hearing has occurred? No

37. 5:26-cv-00890-XR Kapil KC v. Warden, South Texas ICE Processing Center

   Released/Removed? Yes

38. 5:26-cv-01006-XR Ballona Pinera v. Vergara et al

   Released/Removed: No

   Detention Authority: 1225(b)(1)(B)(ii)

   Date of Instant Detention: 12/30/2025

   Whether individualized bond hearing has occurred: No

39. 5:26-cv-01014-XR Nejrabi v. Department of Homeland Security et al

   Released/Removed? No

   Detention Authority: 1231

   Date of Instant Detention: September 24, 2025

   Date removal order became final: December 20, 2025

   Whether an individual bond hearing has occurred? N/A

40. 5:26-cv-01015-XR Nunez Carralero v. Warden, South Texas ICE Processing Center et al

   Released/Removed: No

   Detention Authority: 1225(b)(1)(B)(ii)

   Date of Instant Detention: August 5, 2025

   Whether individualized bond hearing has occurred: No

41. 5:26-cv-01020-XR DA SILVA-DAVANCO v. VERGARA-LOPEZ et al

   Released/Removed: No

   Detention Authority: 1226

7

**Attachment A**

Date of Instant Detention: 12/19/2025

Whether individualized bond hearing has occurred: Yes, 01/28/2026

42. 5:26-cv-01042-XR WANG v. VERGARA-LOPEZ et al

Released/Removed: Yes

43. 5:26-cv-01093-XR Koroma v. The Department of Homeland Security et al

Released/Removed: Yes

44. 5:26-cv-01099-XR Mirzad v. Bondi et al

Released/Removed: No

Detention Authority: 1231

Date of Instant Detention: 01/14/2025

Date removal order became final: 11/17/2025

Whether individualized bond hearing has occurred: N/A

45. 5:26-cv-01100-XR Mendez v. McKee

Released/Removed: Yes

46. 5:26-cv-01166-XR Barry v. Acting Director of ICE et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: June 20, 2025

Whether individualized bond hearing has occurred: No

47. 5:26-cv-01191-XR Gur v. Thompson et al

Released/Removed: No

Detention Authority: 1231

Date of Instant Detention: 01/06/2025

Date removal order became final: 08/01/2025

Whether individualized bond hearing has occurred: N/A

48. 5:26-cv-01202-XR Chen v. Castro et al

Released/Removed: No

*Attachment A*

Detention Authority: 1231

Date of Instant Detention: September 23, 2025

Date removal order became final: December 17, 2003

Whether individualized bond hearing has occurred: N/A

49. 5:26-cv-01224-XR Guerrero Orrala v. Warden, South Texas Processing Center et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: December 13, 2025

Whether individualized bond hearing has occurred: Yes, 03/16/2026

50. 5:26-cv-01230-XR Elien v. Thompson et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A) and Laken Riley Act

Date of Instant Detention: April 24, 2025

Whether individualized bond hearing has occurred: Yes, 08/04/2025

51. 5:26-cv-01235-XR CHOKORAIA v. NOEM et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: November 27, 2025

Whether individualized bond hearing has occurred: Yes, 12/22/2025

52. 5:26-cv-01239-XR Campos-Parodi v Ortega et al.

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 11/07/2025

Whether individualized bond hearing has occurred: No

53. 5:26-cv-01259-XR Sasikumar v. Warden, South Texas ICE Processing Center et al

Released/Removed: No

Detention Authority: 1231

***Attachment A***

Date of Instant Detention: 10/01/2024

Date removal order became final: 03/24/2026

Whether individualized bond hearing has occurred: N/A

54. 5:26-cv-01285-XR Sigala Ramirez v. Mayorkas et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 11/25/2025

Whether individualized bond hearing has occurred: Yes, 01/02/2026

55. 5:26-cv-01329-XR CUETARA PEREZ v. VERGARA-LOPEZ et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: November 22, 2025

Whether individualized bond hearing has occurred: No

56. 5:26-cv-01347-XR GUERRA ALFARO v. Thompson et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: December 10, 2025

Whether individualized bond hearing has occurred: Yes, 02/04/2026

57. 5:26-cv-01364-XR Fernandez v. Warden, Karnes County Immigration Processing Center et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: November 28, 2025

Whether individualized bond hearing has occurred: No

58. 5:26-cv-01370-XR Mei v. United States Attorney Western District of Texas et al

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(ii)

Date of Instant Detention: July 23, 2025

10

**Attachment A**

Whether individualized bond hearing has occurred: No

59. 5:26-cv-01383-XR Ahmadi v. Noem et al

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(ii)

Date of Instant Detention: January 15, 2025

Whether individualized bond hearing has occurred: No

60. 5:26-cv-01387-XR Calderin Roca v. Noem et al

Released/Removed: No

Detention Authority: 1231

Date of Instant Detention: 02/11/2025

Date removal order became final: October 2, 2024

Whether individualized bond hearing has occurred: N/A

61. 5:26-cv-01406-XR Blanco Valido v. Warden, South Texas ICE Processing Center et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A) and Laken Riley Act

Date of Instant Detention: June 10, 2025

Whether individualized bond hearing has occurred: No

62. 5:26-cv-01414-XR Sanchez Ramirez v. Thompson et al

Released/Removed: No

Detention Authority: 1231

Date of Instant Detention: August 4, 2025

Date of when removal order became final: March 19, 2004, removal order reinstated 03/15/2012

Whether individualized bond hearing has occurred: No

63. 5:26-cv-01417-XR Acevedo Velez v. Warden, South Texas Detention Complex et al

*See case numbers 72 and 73 (consolidated cases)

5:26-cv-01548-XR Acevedo Velez v. South Texas Detention Complex et al

*Attachment A*

5:26-cv-01563-XR Acevedo Velez v. South Texas Detention Facility

Released/Removed: No

Detention Authority: 1231

Date of Instant Detention: January 14, 2026

Date removal order became final: June 27, 2026

Whether individualized bond hearing has occurred: N/A

64. 5:26-cv-01419-XR RUSHAN v. NOEM et al

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(ii)

Date of Instant Detention: July 30, 2024

Whether individualized bond hearing has occurred: No

65. 5:26-cv-01424-XR Dong v. U.S. Immigration and Customs Enforcement et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: August 11, 2025

Whether individualized bond hearing has occurred: No

66. 5:26-cv-01456-XR Marroquin Castaneda v. DHS et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: November 4, 2025

Whether individualized bond hearing has occurred: Yes, 02/05/2026

67. 5:26-cv-01502-XR Tress Zanatta v. Warden, South Texas Detention Complex

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: September 30, 2025

Whether individualized bond hearing has occurred: Yes, 01/29/2026

68. 5:26-cv-01510-XR Garcia Miranda v. Vergara et al

12

*Attachment A*

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: January 15, 2026

Whether individualized bond hearing has occurred: Yes, 02/25/2026

69. 5:26-cv-01513-XR Tavares v. VERGARA et al

Removed: No

Detention Authority: 1226

Date of Instant Detention: May 28, 2025

Whether individualized bond hearing has occurred: Yes, 06/26/2025

70. 5:26-cv-01530-XR Renteria Mejia v. Noem et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A) / 1225(b)(1)(B)(ii)

Date of Instant Detention: 12/11/2025

Whether individualized bond hearing has occurred: No

71. 5:26-cv-01538-XR Zeratsion v. The Department of Homeland Security et al

Released/Removed: No

Detention Authority: 1231

Date of Instant Detention: November 11, 2024

Date removal order became final: August 8, 2025

Whether individualized bond hearing has occurred: N/A

72. 5:26-cv-01548-XR Acevedo Velez v. South Texas Detention Complex et al

*See cases 63 and 73

Released/Removed: No

Detention Authority: 1231

Date of Instant Detention: January 14, 2026

Date removal order became final: June 27, 2026

Whether individualized bond hearing has occurred: N/A

13

**Attachment A**

73. 5:26-cv-01563-XR Acevedo Velez v. South Texas Detention Facility

    See case 72 above consolidated successive, case 63

74. 5:26-cv-01569-XR SANCHEZ v. Thompson et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: July 10, 2025

    Whether individualized bond hearing has occurred: No

75. 5:26-cv-01572-XR Rivera-Cuellar v. Vergara

    Released/Removed: No

    Detention Authority: 1231

    Date of Instant Detention: October 14, 2025

    Date removal order became final: 04/06/2005

    Whether individualized bond hearing has occurred: N/A

76. 5:26-cv-01574-XR Tenezaca Quizhpi v. Bondi et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: January 18, 2026

    Whether individualized bond hearing has occurred: No

77. 5:26-cv-01594-XR RUIZ CUEVAS v. Warden of the South Texas Detention Center et al

    Released/Removed: Yes

78. 5:26-cv-01622-XR Romero Rodriguez v. BONDI et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: February 27, 2026

    Whether individualized bond hearing has occurred: No

79. 5:26-cv-01624-XR ORESTE v. BONDI et al

    Released/Removed: No

14

***Attachment A***

Detention Authority: 1231

Date of Instant Detention: February 18, 2025

Date removal order became final: August 19, 2025

Whether individualized bond hearing has occurred: N/A

80. 5:26-cv-01654-XR Rivero v. U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations (ERO), San Antonio Field Office et al

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(ii)

Date of Instant Detention: December 12, 2025

Whether individualized bond hearing has occurred: No

81. 5:26-cv-01675-XR Fuentes v. DHS et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: November 24, 2025

Whether individualized bond hearing has occurred: No

82. 5:26-cv-01695-XR ESMAEILY v. Vergara et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: March 20, 2025

Whether individualized bond hearing has occurred: No

83. 5:26-cv-01732-XR Salinas-Guevara v. BONDI et al

Released/Removed: Yes

84. 5:26-cv-01734-XR ROJAS TAMAYO v. VERGARA et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: October 22, 2025

Whether individualized bond hearing has occurred: No

15

***Attachment A***

85. 5:26-cv-01735-XR Pourali v. Warden et al

 Released/Removed: No

 Detention Authority: 1231

 Date of Instant Detention: June 23, 2025

 Date removal order became final: March 7, 2000

 Whether individualized bond hearing has occurred: N/A

86. 5:26-cv-01746-XR Mendoza Pilarte v. Noem et al

 Released/Removed: No

 Detention Authority: 1225(b)(2)(A)

 Date of Instant Detention: September 17, 2025

 Whether individualized bond hearing has occurred: No

87. 5:26-cv-01776-XR Gusnay Pasaca v. U.S. Immigration and Customs Enforcement et al

 Released/Removed: No

 Detention Authority: 1225(b)(2)(A)

 Date of Instant Detention: March 4, 2026

 Whether individualized bond hearing has occurred: No

88. 5:26-cv-01801-XR Torres-Orantes v. Vergara, et al

 Released/Removed: No

 Detention Authority: 1225(b)(2)(A)

 Date of Instant Detention: November 11, 2025

 Whether individualized bond hearing has occurred: No

89. 5:26-cv-01832-XR Romero Lara v. U.S. Immigration and Customs Enforcement

 Released/Removed: No

 Detention Authority: 1225(b)(2)(A)

 Date of Instant Detention: November 4, 2025

 Whether individualized bond hearing has occurred: No

90. 5:26-cv-01835-XR Diaz-Soriano v. Karnes County Immigration Processing Center et al

**Attachment A**

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: October 24, 2025

Whether individualized bond hearing has occurred: Yes, 12/09/2025

91. 5:26-cv-01845-XR Aguilar-Quijano v. Bondi, et al.

Released/Removed: Yes

92. 5:26-cv-01862-XR Camacho-Cruz v. DHS et al

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(ii)

Date of Instant Detention: December 19, 2025

Whether individualized bond hearing has occurred: No

93. 5:26-cv-01870-XR Rivera Maldonado v. Mayorkas et al

Released/Removed: Yes

94. 5:26-cv-01872-XR Molina Diaz v. Warden, Karnes County Immigration Processing Center et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: December 11, 2025

Whether individualized bond hearing has occurred: No

95. 5:26-cv-01882-XR Mosqueda Lumpuy v. United States Attorney Western District of Texas et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: May 21, 2025

Whether individualized bond hearing has occurred: No

96. 5:26-cv-01884-XR Laines Ortiz v. NOEM et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

***Attachment A***

Date of Instant Detention: March 1, 2026

Whether individualized bond hearing has occurred: No

97. 5:26-cv-01902-XR Romero v. Vergara et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: January 18, 2026

Whether individualized bond hearing has occurred: No

98. 5:26-cv-01914-XR Beltran Martinez v. Bondi et al

Released/Removed: Yes

99. 5:26-cv-01922-XR Salazar v. Lyons, et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: March 13, 2026

Whether individualized bond hearing has occurred: No

100. 5:26-cv-01928-XR Ortega Hernandez v. United States Attorney Western District of Texas et al

Released/Removed: Yes

101. 5:26-cv-01947-XR Martinez Adame v. U.S. Immigration and Customs Enforcement et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: January 12, 2026

Whether individualized bond hearing has occurred: No

102. 5:26-cv-01954-XR Vidal v. Bondi et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: January 28, 2026

Whether individualized bond hearing has occurred: No

18

**Attachment A**

103. 5:26-cv-01956-XR Calixte v. U.S Department of Homeland Security et al

Released/Removed: Yes

104. 5:26-cv-01959-XR Srimurugananthan v. Bondi et al

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(ii)

Date of Instant Detention: May 9, 2024

Whether individualized bond hearing has occurred: No

105. 5:26-cv-01965-XR Hernandez Aponte v. Secretary, U.S. Department of Homeland Security

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: November 19, 2025

Whether individualized bond hearing has occurred: No

106. 5:26-cv-01974-XR Nasfi-Barat v. Bondi et al

Released/Removed: No

Detention Authority: 1231

Date of Instant Detention: October 13, 2024

Date removal order became final: August 30, 2025

Whether individualized bond hearing has occurred: N/A

107. 5:26-cv-01975-XR Tran v. Bondi et al

Released/Removed: Yes

108. 5:26-cv-01976-XR Palles Franco v. Warden, Karnes County Immigration Processing Center

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(ii) and Laken Riley Act

Date of Instant Detention: October 4, 2025

Whether individualized bond hearing has occurred: Denied under Laken Riley Act 01/16/2026

109. 5:26-cv-01983-XR Diallo v. U.S Department of Homeland Security et al

*Attachment A*

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: November 4, 2025

Whether individualized bond hearing has occurred: Yes, 12/23/2025

110. 5:26-cv-01991-XR Azadmanjiri v. Attorney General of the United States et al

Released/Removed: No

Detention Authority: 1231

Date of Instant Detention: 01/24/2025

Date removal order became final: January 22, 2026

Whether individualized bond hearing has occurred: N/A

111. 5:26-cv-01993-XR Turcke Vera v. Mayorkas et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: March 21, 2026

Whether individualized bond hearing has occurred: Yes, 04/06/2026

112. 5:26-cv-02002-XR T.R. v. Thompson et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: JULY 29, 2025

Whether individualized bond hearing has occurred: No

113. 5:26-cv-02006-XR Rodriguez-Hernandez v. Warden, Karnes County, et al

Released/Removed: Yes- *see* 26-CV-412-XR

114. 5:26-cv-02013-XR Asfour v. Thompson

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(ii)

Date of Instant Detention: 05/06/2025

Whether individualized bond hearing has occurred: No

20

***Attachment A***

115. 5:26-cv-02018-XR Moradi v. Warden, South Texas ICE Processing Center et al

   Released/Removed: No

   Detention Authority: 1231

   Date of Instant Detention: January 17, 2026

   Date removal order became final: March 9, 2026

   Whether individualized bond hearing has occurred: N/A

116. 5:26-cv-02032-XR Abutaima v. U.S Department of Homeland Security et al

   Released/Removed: No

   Detention Authority: 1231

   Date of Instant Detention: 02/05/2025

   Date removal order became final: April 25, 2025

   Whether individualized bond hearing has occurred: N/A

117. 5:26-cv-02033-XR Garaban v. DHS et al

   Released/Removed: Yes

118. 5:26-cv-02052-XR Vivas Diaz v. Warden, et al

   Released/Removed: Yes

119. 5:26-cv-02057-XR Adaralegbe v. Warden, South Texas ICE Processing Center et al

   Released/Removed: Yes

120. 5:26-cv-02081-XR Had v. Noem et al

   Released/Removed: No

   Detention Authority: 1225(b)(2)(A)

   Date of Instant Detention: August 5, 2024

   Whether individualized bond hearing has occurred: No

121. 5:26-cv-02095-XR Similien v. Bondi, et al.

   Released/Removed: Yes

122. 5:26-cv-02112-XR Lemus Corrales v. Bondi, et al

   Released/Removed: No

***Attachment A***

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: March 19, 2026

Whether individualized bond hearing has occurred: No

123. 5:26-cv-02114-XR Almajdalawi v. NOEM et al

Released/Removed: No

Detention Authority: 1231

Date of Instant Detention: December 5, 2025

Date removal order became final: June 6, 2024

Whether individualized bond hearing has occurred: N/A

124. 5:26-cv-02116-XR Avila Segura v. Thompson, et al.

Released/Removed: Yes

125. 5:26-cv-02117-XR Majipo-Pacaya v. BONDI et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 11/04/2025

Whether individualized bond hearing has occurred: Yes, 03/02/2026

126. 5:26-cv-02129-XR Talha v. Bondi et al

Released/Removed: Yes

127. 5:26-cv-02136-XR Yokarasa v. Bondi et al

Released/Removed: Yes

128. 5:26-cv-02155-XR Luna Vazquez v. Mullin, et al.

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 03/12/2026

Whether individualized bond hearing has occurred: No

129. 5:26-cv-02174-XR Perez Rambaut v. Thompson et al

Released/Removed: Yes

*Attachment A*

130. 5:26-cv-02178-XR Polentino Vanegas v. Warden, Karnes County Immigration Processing Center et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 02/26/2026

    Whether individualized bond hearing has occurred: No

131. 5:26-cv-02216-XR Oviedo Gonzalez v. Thompson

    Released/Removed: Yes (ECF No. 5)

132. 5:26-cv-02231-XR Akbulut v. Warden, Karnes County Immigration Processing Center, et al

    Released/Removed: No

    Detention Authority 1226

    Date of Instant Detention: 09/24/2025

    Whether individualized bond hearing has occurred: Yes, 10/08/2025

133. 5:26-cv-02233-XR Asad v. Warden et al

    Released/Removed: Yes

134. 5:26-cv-02245-XR Castillo v. Attorney General of the United States et al

    Released/Removed: Yes

135. 5:26-cv-02258-XR Reyes Petit v. Mayorkas et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 03/25/2026

    Whether individualized bond hearing has occurred: No

136. 5:26-cv-02263-XR MENDEZ HERNANDEZ et al v. MULLIN et al

Petitioner M.M.

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 03/30/2026

23

***Attachment A***

Whether individualized bond hearing has occurred: No

Petitioner J.D.B.M.

Released/Removed: No

Detention Authority:  1231(c)(1)–(3) in Health and Human Services / Office of Refugee Resettlement custody, unaccompanied child

Date of Instant Detention: 07/01/2025

Whether individualized bond hearing has occurred: N/A

137. 5:26-cv-02282-XR Jimenez-Corniele v. U.S Department of Homeland Security et al

SUCCESSIVE Petition: 5:25-CV-1895-OLG

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 10/28/2025

Whether individualized bond hearing has occurred: Yes, 01/27/2026

138. 5:26-cv-02284-XR Mohles Hamilton v. U.S Department of Homeland Security et al

SUCCESSIVE PETITION: 5:26-CV-680-FB

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 11/18/2025

Whether individualized bond hearing has occurred: Yes, 03/05/2026

139. 5:26-cv-02289-XR Moura Amaro v. Karnes County Immigration Processing Center et al

Released/Removed: Yes

140. 5:26-cv-02342-XR Mejias Solano v. Pamela Bondi Attorney General of the United States In her Official Capacity as U. S. Attorney Genera et al

Released/Removed: Yes (ECF 7)

141. 5:26-cv-02352-XR Orellana Guzman v. Blanche et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/27/2025

24

**Attachment A**

Whether individualized bond hearing has occurred: Yes, 06/17/2025

142. 5:26-cv-02384-XR Rivas Rojas v. Bondi et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: March 16, 2026

Whether individualized bond hearing has occurred: No

143. 5:26-cv-02401-XR Hernandez Murillo v. United States District Court et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 02/06/2026

Whether individualized bond hearing has occurred: No

144. 5:26-cv-02407-XR HERNANDEZ CARBALLO et al v. Blanche et al

Released/Removed: Yes

145. 5:26-cv-02411-XR Mora-Patino v. U.S. Attorney General et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 02/14/2026

Whether individualized bond hearing has occurred: No

146. 5:26-cv-02442-XR Avila Prieto et al v. Mullin, et al

This is a mandamus case seeking adjudication of a petition.

147. 5:26-cv-02451-XR Argueta Alvarado v. Bondi et al

Released/Removed: Yes

148. 5:26-cv-02467-XR Farashi v. Warden, South Texas ICE Processing Center

SUCCESSIVE PETITION to 5:25-CV-956-XR, denied 12/15/2025, final judgement

Released/Removed: No

Detention Authority: 1231

Date of Instant Detention: 09/05/2024

25

**Attachment A**

Date removal order became final: 02/24/2025

Whether individualized bond hearing has occurred: N/A

149. 5:26-cv-02469-XR Valdes-Carreon v. Bondi et al

Released/Removed: Yes

150. 5:26-cv-02528-XR Contreras-Chuecos v. U.S Department of Homeland Security et al

Released/Removed: Yes

151. 5:26-cv-02545-XR Nezrabi v. Blanche, et al.

Released/Removed: No

Detention Authority: 1231

Date of Instant Detention: 12/01/2025

Date removal order became final: 06/20/2025

Whether individualized bond hearing has occurred: N/A

152. 5:26-cv-02550-XR MADUENO FUENMAYOR v. MULLIN, et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 03/26/2026

Whether individualized bond hearing has occurred: No

153. 5:26-cv-02553-XR Ortiz Arellano v. Blanche et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 04/03/2026

Whether individualized bond hearing has occurred: No

154. 5:26-cv-02560-XR Teran Villa v. Blanche et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 03/14/2026

Whether individualized bond hearing has occurred: No

**Attachment A**

155. 5:26-cv-02561-XR HERNANDEZ TEJEDA v. Blanche et al

   Released/Removed: No

   Detention Authority: 1225(b)(2)(A)

   Date of Instant Detention: 11/24/2025

   Whether individualized bond hearing has occurred: No

156. 5:26-cv-02568-XR Abdulrahimzai v. U.S. Department of Homeland Security et al

   Released/Removed: No

   Detention Authority: 1225(b)(1)(B)(iii)(IV)

   Date of Instant Detention: 07/25/2025

   Date removal order became final: 11/10/2025

   Whether individualized bond hearing has occurred: N/A

157. 5:26-cv-02601-XR Aguilar Perdomo v. Warden, South Texas Family Residential Center et al

   Released/Removed: No

   Detention Authority: 1225(b)(2)(A)

   Date of Instant Detention: 02/23/2026

   Date removal order became final: 07/10/2026

   Whether individualized bond hearing has occurred: N/A

158. 5:26-cv-02605-XR Rivera Sabillon v. Attorney General of the United States et al

   Released/Removed: Removed

159. 5:26-cv-02611-XR Blake-Garcia v. U.S. Department of Justice et al

   Released/Removed: No

   Detention Authority: 1226

   Date of Instant Detention: 12/25/2025

   Whether individualized bond hearing has occurred: Yes, 01/13/2026

160. 5:26-cv-02614-XR Masoud v. Attorney General of the United States et al

   SUCCESSIVE Petition 5:26-CV-455-FB (petition granted, bond hearing ordered)

27

*Attachment A*

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/06/2025

Whether individualized bond hearing has occurred: Yes, 03/06/2026

161. 5:26-cv-02625-XR Arbella v. Warden, Dilley Immigration Processing Center et al

Released/Removed: Removed

162. 5:26-cv-02672-XR Perez v. Attorney General of the United States et al

Released/Removed: Removed

163. 5:26-cv-02679-XR CHI v. VERGARA et al

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(ii)

Date of Instant Detention: 01/27/2026

Date removal order became final: 06/04/2026

Whether individualized bond hearing has occurred: N/A

164. 5:26-cv-02724-XR Constanza Lara et al v. Blanche et al

S.C.L. released

J.A.C. in custody

   Date of instant detention: July 7, 2026

Y.A.C. released

Detention Authority for all: 1231

Date removal order became final: 1/26/2017

Whether individualized bond hearing has occurred: N/A

165. 5:26-cv-02729-XR Miyalou Kayankombonieme v. U.S. Department of Homeland Security et al

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(ii)

Date of Instant Detention: 11/26/2024

28

*Attachment A*

Whether individualized bond hearing has occurred: No

166. 5:26-cv-02738-XR Chihab v. Blanche et al

   Released/Removed: No

   Detention Authority: 1226

   Date of Instant Detention: 08/16/2025

   Whether individualized bond hearing has occurred: No

167. 5:26-cv-02775-XR Arab v. Warden, South Texas Immigration Processing Center et al

   Released/Removed: No

   Detention Authority: 1225(b)(2)(A)

   Date of Instant Detention: 02/04/2025

   Whether individualized bond hearing has occurred: No

168. 5:26-cv-02790-XR Alcantara De Arno v. Warden, Karnes County Immigration Processing Center et al

   Released/Removed: No

   Detention Authority: 1225(b)(2)(A)

   Date of Instant Detention: 12/07/2025

   Whether individualized bond hearing has occurred: No

169. 5:26-cv-02795-XR Vallecilla-Rodallega v. U.S. Department of Homeland Security et al

   Released/Removed: No

   Detention Authority: 1225(b)(2)(A)

   Date of Instant Detention: 12/18/2025

   Whether individualized bond hearing has occurred: No

170. 5:26-cv-02806-XR Hernandez Ramirez v. Warden, South Texas ICE Processing Center et al

   Released/Removed: No

   Detention Authority: 1225(b)(2)(A)

   Date of Instant Detention: 12/27/2025

   Whether individualized bond hearing has occurred: No

**Attachment A**

171. 5:26-cv-02812-XR Velazquez Hernandez v. Thompson, et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 01/19/2026

    Whether individualized bond hearing has occurred: No

172. 5:26-cv-02833-XR Trejo Gonzalez v. Lyons et.al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 04/18/2026

    Whether individualized bond hearing has occurred: No

173. 5:26-cv-02862-XR Salazar Lucero v. Mullin et al

    Filed in San Antonio, Petitioner physically located in El Paso Division (second petition filed/pending 3:26-CV-1204-LS)

    Released/Removed: No

    Detention Authority: 1231

    Date of Instant Detention: 11/14/2025

    Date removal order became final: 05/27/2026

    Whether individualized bond hearing has occurred: N/A

174. 5:26-cv-02864-XR Fuentes v. Warden, South Texas ICE Processing Center et al

    Released/Removed: No

    Detention Authority: 1231

    Date of Instant Detention: 11/03/2025

    Date removal order became final: 01/13/2005

    Whether individualized bond hearing has occurred: N/A

175. 5:26-cv-02865-XR Vargas Cabrera v. Warden, South Texas Immigration Processing Center et al

    Released/Removed: Yes

176. 5:26-cv-02873-XR Tayo v. Attorney General of the United States et al

30

**Attachment A**

Released/Removed: No

Detention Authority: 1231

Date of Instant Detention: 11/18/2025

Date removal order became final: 03/10/2026 (became final retroactively because petitioner failed to file an appeal)

Whether individualized bond hearing has occurred: Yes, 12/02/2025

177. 5:26-cv-02891-XR Mondragon Luna v. Lyons, Acting Director of Immigration and Customs Enforcement et al

Released/Removed: Released

178. 5:26-cv-02916-XR Senan Gil v. Warden, Karnes County Immigration Processing Cente et al

Released/Removed: Yes

179. 5:26-cv-02923-XR Mondragon Sanchez v. Lyons, Acting Director of Immigration and Customs Enforcement et al

Released/Removed: Yes

180. 5:26-cv-02952-XR Cabrera Melendez v. Mullin, et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 04/10/2026

Whether individualized bond hearing has occurred: No

181. 5:26-cv-02964-XR Ebadi v. Warden of South Texas Detention Facility

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(ii)

Date of Instant Detention: 02/19/2025

Whether individualized bond hearing has occurred: No

182. 5:26-cv-02974-XR Moreno-Ramos v. Thompson, et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 04/26/2026

31

**Attachment A**

Whether individualized bond hearing has occurred: No

183. 5:26-cv-02990-XR Luna v. U.S Department of Homeland Security et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 04/26/2026

Whether individualized bond hearing has occurred: No

184. 5:26-cv-02994-XR Ponce Quinones v. Warden, Karnes County Immigration Processing Center et al

SUCCESSIVE petition to 5:26-CV-523-FB (petition granted, bond hearing ordered)

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 01/08/2026

Whether individualized bond hearing has occurred: Yes, 03/06/2026

185. 5:26-cv-02995-XR Semedov v. Blanche et al

Released/Removed: Yes

186. 5:26-cv-02996-XR Franco-Matamoros v. Warden, Dilley Immigration Processing Center et al

Released/Removed: Yes

187. 5:26-cv-03001-XR Teotonio-Aguiiar v. Warden, Dilley Immigration Processing Center et al

Released/Removed: Yes

188. 5:26-cv-03003-XR Ramirez Veranes v. Attorney General of the United States et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 02/20/2026

Whether individualized bond hearing has occurred: No

189. 5:26-cv-03009-XR Akinwale Olohun v. Warden, South Texas ICE Processing Center et al

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(ii)

32

**Attachment A**

Date of Instant Detention: 10/27/2025

Whether individualized bond hearing has occurred: No

190. 5:26-cv-03016-XR Castro Avila v. Blanche et al

Released/Removed: No

Detention Authority: 1231

Date of Instant Detention: 04/21/2026

Date removal order became final: removal order reinstated 04/21/2026

Whether individualized bond hearing has occurred: N/A

191. 5:26-cv-03034-XR Renteria Torres v. United States Attorney, Western District of Texas et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 09/12/2025

Whether individualized bond hearing has occurred: Yes, November 7, 2025

192. 5:26-cv-03036-XR Perez Arreguin v. Attorney General of the United States et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 04/24/2026

Whether individualized bond hearing has occurred: No

193. 5:26-cv-03055-XR Mezquita v. Warden, Karnes County Immigration Processing Center et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 03/10/2026

Whether individualized bond hearing has occurred: No

194. 5:26-cv-03065-XR Kelvin v. Warden of South Texas Detention Center Complex, et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

***Attachment A***

Date of Instant Detention: 02/11/2025

Whether individualized bond hearing has occurred: No

195. 5:26-cv-03066-XR Tahmasebi v. Mullin, et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 04/10/2026

Whether individualized bond hearing has occurred: Yes, 05/04/2026

196. 5:26-cv-03074-XR Garcia Jasso v. Dilley Immigration Processing Center et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 04/26/2026

Whether individualized bond hearing has occurred: No

197. 5:26-cv-03080-XR Alvarez-Lemus v. Attorney General of the United States et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A) and Laken Riley Act

Date of Instant Detention: 03/03/2026

Whether individualized bond hearing has occurred: No

198. 5:26-cv-03082-XR De Leon Reyes v. Thompson et al

Released/Removed: Yes

199. 5:26-cv-03084-XR Perez Hernandez v. Mullin et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 04/23/2026

Whether individualized bond hearing has occurred: No

200. 5:26-cv-03100-XR Estrada Pedroza v. Rodriguez Jr. et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

***Attachment A***

Date of Instant Detention: 01/17/2026

Whether individualized bond hearing has occurred: No

201. 5:26-cv-03102-XR Arjona Alarcon v. South Texas ICE Processing Center

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 04/17/2026

Whether individualized bond hearing has occurred: No

202. 5:26-cv-03142-XR Rosales Guerra v. Blanche et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 04/15/2026

Whether individualized bond hearing has occurred: No

203. 5:26-cv-03159-XR Flores Velasquez v. Warden, Karnes County Residential Center et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 03/28/2026

Whether individualized bond hearing has occurred: No

204. 5:26-cv-03166-XR Bah v. U.S. Department of Homeland Security et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 10/20/2025

Whether individualized bond hearing has occurred: No

205. 5:26-cv-03170-XR Martinez Gonzalez v. DHS et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 04/01/2026

Whether individualized bond hearing has occurred: No

35

**Attachment A**

206. 5:26-cv-03192-XR Hidalgo v. Warden, Karnes County Immigration Processing Center et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 04/17/2026

Whether individualized bond hearing has occurred: No

207. 5:26-cv-03225-XR Duenas v. Attorney General of the United States et al

Released/Removed: Yes

208. 5:26-cv-03241-XR Zhan v. Warden South Texas ICE Processing Center et al

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(ii)

Date of Instant Detention: 04/01/2026

Whether individualized bond hearing has occurred: No

209. 5:26-cv-03244-XR Chavez Pezo v. South Texas Detention Facility

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/05/2026

Whether individualized bond hearing has occurred: No

210. 5:26-cv-03246-XR Garcia Aguilar v. Vergara et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 04/17/2026

Whether individualized bond hearing has occurred: Yes, 04/28/2026

211. 5:26-cv-03251-XR Ochoa Centeno v. U.S Department of Homeland Security et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/10/2026

Whether individualized bond hearing has occurred: No

***Attachment A***

212. 5:26-cv-03256-XR Alvarez v. U.S. Immigration and Customs Enforcement et al

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(iii)(IV)

Date of Instant Detention: MAY 6 2026

Whether individualized bond hearing has occurred: No

213. 5:26-cv-03266-XR Carvajal Yulden v. Lyons et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 04/18/2026

Whether individualized bond hearing has occurred: No

214. 5:26-cv-03276-XR Orellana Osorio v. Mullin et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/12/2026

Whether individualized bond hearing has occurred: No

215. 5:26-cv-03304-XR Avila Espinoza v. U.S. Immigration and Customs Enforcement et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 03/04/2026

Whether individualized bond hearing has occurred: No

216. 5:26-cv-03310-XR Franco Diaz v. Blanche et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/13/2026

Whether individualized bond hearing has occurred: No

217. 5:26-cv-03313-XR Gutierrez Sagastume v. Warden, South Texas Immigration Processing Center et al

***Attachment A***

Released/Removed: No

Detention Authority: 1225(b)(2)

Date of Instant Detention: 07/02/2025

Date removal order became final: 07/08/2026

Whether individualized bond hearing has occurred: No

218. 5:26-cv-03323-XR Pal v. Warden of the Karnes County Immigration Processing Center et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 03/30/2026

Whether individualized bond hearing has occurred: Yes, 04/29/2026

219. 5:26-cv-03336-XR Pina-Espinosa v. Thompson et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/14/2026

Whether individualized bond hearing has occurred: No

220. 5:26-cv-03350-XR Varela Quiroz v. Blanche et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 02/27/2026

Whether individualized bond hearing has occurred: No

221. 5:26-cv-03366-XR Reyes Gomez v. Department of Homeland Security et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 08/22/2025

Whether individualized bond hearing has occurred: No

222. 5:26-cv-03376-XR Ramirez Romero v. Warden, South Texas ICE Processing Center et al

Released/Removed: No

*Attachment A*

Detention Authority: 1231

Date of Instant Detention: 01/22/2025

Date of final removal order: 12/13/2018; removal order reinstated 01/14/2025

Whether individualized bond hearing has occurred: N/A

223. 5:26-cv-03392-XR Chavarria Maldonado v. Mullin et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/12/2026

Whether individualized bond hearing has occurred: No

224. 5:26-cv-03402-XR Da Silva Gomez v. Mullin et al

Released/Removed: Yes

225. 5:26-cv-03416-XR Zuvieta Arvisu v. Vergara et al

Released/Removed: Yes (transferred to state custody July 9 2026)

Detention Authority: 1226 – visa overstay

Date of Instant Detention: 03/23/2026

Whether individualized bond hearing has occurred: Yes, 05/06/2026

226. 5:26-cv-03447-XR Esquivel v. U.S. Department of Homeland Security et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/12/2026

Whether individualized bond hearing has occurred: No

227. 5:26-cv-03452-XR Rosenje v. Warden, South Texas ICE Processing Center et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 03/16/2026

Whether individualized bond hearing has occurred: No

*Attachment A*

228. 5:26-cv-03454-XR Lopez Rivas v. U.S. Immigration and Customs Enforcement et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/01/2026

Whether individualized bond hearing has occurred: No

229. 5:26-cv-03464-XR Lagos Hernandez v. Vergara et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/24/2026

Whether individualized bond hearing has occurred: No

230. 5:26-cv-03477-XR Pavon-Torres v. Warden, South Texas Immigration Processing Center et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 12/15/2025

Whether individualized bond hearing has occurred: Yes, 05/14/2026

231. 5:26-cv-03483-XR Ruan v. Vergara et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 04/08/2026

Whether individualized bond hearing has occurred: No

232. 5:26-cv-03486-XR Palacio v. Blanche et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 10/16/2025

Whether individualized bond hearing has occurred: Yes, 03/20/2026

**Attachment A**

233. 5:26-cv-03493-XR Ramos Baguide v. Warden, South Texas Immigration Processing Center et al

    Released/Removed: No

    Detention Authority: 1231

    Date of Instant Detention: 03/31/2026

    Date removal order became final: May 20, 2026 (when BIA dismissed appeal)

    Whether individualized bond hearing has occurred: No

234. 5:26-cv-03497-XR Sepehri-Hassanzadeh v. U.S. Department of Homeland Security et al

    Released/Removed: No

    Detention Authority: 1225(b)(1)(B)(ii)

    Date of Instant Detention: 06/12/2025

    Whether individualized bond hearing has occurred: No

235. 5:26-cv-03512-XR Medina Aguino v. U.S. Immigration and Customs Enforcement et al

    Released/Removed: No

    Detention Authority: 1231

    Date of Instant Detention: 01/11/2026

    Date removal order became final: 03/13/2026

    Whether individualized bond hearing has occurred: N/A

236. 5:26-cv-03514-XR Mejia Guardado v. Mullin et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 04/20/2026

    Whether individualized bond hearing has occurred: No

237. 5:26-cv-03521-XR Hassan v. Venturella et al

    Released/Removed: No

    Detention Authority: 1225(b)(1)(B)(ii)

    Date of Instant Detention: 09/09/2024

*Attachment A*

Whether individualized bond hearing has occurred: No

238. 5:26-cv-03524-XR ALMEIDA TASE v. WARDEN OF SOUTH TEXAS DETENTION FACILITY et al

Released/Removed: No

Detention Authority: 1231

Date of Instant Detention: 11/21/2025

Date removal order became final: 09/24/2003

Whether individualized bond hearing has occurred: N/A

239. 5:26-cv-03526-XR Arreola Orozco v. Blanche et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/15/2026

Whether individualized bond hearing has occurred: No

240. 5:26-cv-03531-XR Perez-De Paz v. Vergara et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 01/24/2026

Whether individualized bond hearing has occurred: Yes, 03/24/2026

241. 5:26-cv-03540-XR Bah v. Blanche et al

Released/Removed: Yes

242. 5:26-cv-03546-XR Andino v. Attorney General of the United States et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 05/15/2026

Whether individualized bond hearing has occurred: No

243. 5:26-cv-03548-XR Ruiz-Garcia v. Attorney General of the United States et al

Released/Removed: No

***Attachment A***

Detention Authority: 1225(b)(2)(A) and Laken Riley Act

Date of Instant Detention: 05/21/2026

Whether individualized bond hearing has occurred: No

244. 5:26-cv-03550-XR Chavez Moreno v. Attorney General of the United States et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/11/2026

Whether individualized bond hearing has occurred: No

245. 5:26-cv-03561-XR Amin v. U.S. Department of Homeland Security et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 05/01/2026

Whether individualized bond hearing has occurred: Yes, 06/24/2026

246. 5:26-cv-03564-XR Martin Garcia v. U.S. Immigration and Customs Enforcement et al

Released/Removed: Yes

247. 5:26-cv-03569-XR Figueroa v. U.S. Immigration and Customs Enforcement et al

Released/Removed: No

Detention Authority: 1231

Date of Instant Detention: 05/16/2026

Date removal order became final: 06/10/2026

Whether individualized bond hearing has occurred: N/A

248. 5:26-cv-03574-XR Abdyldaev v. Thompson et al

*Successive petition to 5:26-cv-729-HE (W.D. Okla. 04/30/26) Court granted petition and ordered bond hearing

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 04/01/2026

43

**Attachment A**

Whether individualized bond hearing has occurred: Yes, 05/05/2026

249. 5:26-cv-03578-XR Espino Hernandez v. U.S. Immigration and Customs Enforcement et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/22/2026

Whether individualized bond hearing has occurred: No

250. 5:26-cv-03580-XR Perez Maldonado v. MULLIN et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: MAY 2 2026

Whether individualized bond hearing has occurred: No

251. 5:26-cv-03588-XR Chunzho Canar v. Attorney General of the United States et al

Released/Removed: Yes

252. 5:26-cv-03591-XR Santivanez v. Warden, South Texas Immigration Processing Center et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 02/08/2026

Whether individualized bond hearing has occurred: No

253. 5:26-cv-03604-XR Rincon Mendoza v. BLANCHE et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 04/16/2026

Whether individualized bond hearing has occurred: No

254. 5:26-cv-03609-XR Juan Carlos v. Attorney General of the United States et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/23/2026

44

***Attachment A***

Whether individualized bond hearing has occurred: No

255. 5:26-cv-03610-XR Rivas Sanchez v. Attorney General of the United States et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 11/23/2025

Whether individualized bond hearing has occurred: No

256. 5:26-cv-03611-XR Gonzalez Munoz v. Warden et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/27/2026

Whether individualized bond hearing has occurred: No

257. 5:26-cv-03614-XR PADRON-LOPEZ v. Mullin et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 04/22/2026

Whether individualized bond hearing has occurred: Yes, 05/26/2026

258. 5:26-cv-03622-XR Karimov v. Warden et al

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(ii)

Date of Instant Detention: 05/31/2025

Whether individualized bond hearing has occurred: No

259. 5:26-cv-03623-XR Lugo Parra v. Facility Warden et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/17/2026

Whether individualized bond hearing has occurred: No

260. 5:26-cv-03625-XR Linares Flores v. Mullin et al

*Attachment A*

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/12/2026

Whether individualized bond hearing has occurred: No

261. 5:26-cv-03629-XR Lainez Zelaya v. U.S. Immigration and Customs Enforcement et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/08/2026

Whether individualized bond hearing has occurred: No

262. 5:26-cv-03632-XR Sanchez Mendez v. Mayorkas et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 03/25/2026

Whether individualized bond hearing has occurred: No

263. 5:26-cv-03633-XR Carreno La Cruz v. Vergara et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/25/2026

Whether individualized bond hearing has occurred: No

264. 5:26-cv-03646-XR Gutierrez-Orellana v. Blanche et al

SUCCESSIVE petition 5:26-CV-207-OLG

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 10/28/2025

Whether individualized bond hearing has occurred: Yes, 02/05/2026

265. 5:26-cv-03664-XR Fermin Cairo v. Vergara et al

Released/Removed: No

**Attachment A**

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 03/14/2026

Whether individualized bond hearing has occurred: No

266. 5:26-cv-03672-XR Moreno Fuentes v. U.S. Department of Homeland Security et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/28/2026

Whether individualized bond hearing has occurred: No

267. 5:26-cv-03673-XR Espinoza Armendariz v. Warden, South Texas Immigration Processing Center et al

Released/Removed: No

Detention Authority: 1231

Date of Instant Detention: December 3, 2025

Date removal order became final: June 1, 2012

Whether individualized bond hearing has occurred: N/A

268. 5:26-cv-03676-XR Posada Lugo v. Mullin et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/01/2026

Whether individualized bond hearing has occurred: No

269. 5:26-cv-03691-XR Dominquez-Velasquez v. Attorney General et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/03/2026

Whether individualized bond hearing has occurred: No

270. 5:26-cv-03699-XR Aguirre-Bueno v. Blanche et al

Released/Removed: No

47

**Attachment A**

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 12/02/2025

Whether individualized bond hearing has occurred: No

271. 5:26-cv-03703-XR Cruz Morales v. BLANCHE et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/23/2026

Whether individualized bond hearing has occurred: No

272. 5:26-cv-03712-XR Loaiza-Perez v. South Texas Immigration Processing Center et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/20/2026

Whether individualized bond hearing has occurred: No

273. 5:26-cv-03713-XR Ordonez v. Warden, South Texas Immigration Processing Center et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 10/16/2025

Whether individualized bond hearing has occurred: No

274. 5:26-cv-03714-XR Herrera-Gutierrez v. Warden, La Salle County Regional Detention Center et al

Released/Removed: Yes

275. 5:26-cv-03724-XR Cabrera-Hernandez v. Thompson et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 07/26/2025

Whether individualized bond hearing has occurred: Yes

276. 5:26-cv-03731-XR Posada Lugo v. Warden

***Attachment A***

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/01/2026

Whether individualized bond hearing has occurred: No

277. 5:26-cv-03738-XR Alvarez-Castillo v. Attorney General of the United States et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/14/2026

Whether individualized bond hearing has occurred: No

278. 5:26-cv-03740-XR Vazquez-Cobas v. Mullin et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/09/2026

Whether individualized bond hearing has occurred: No

279. 5:26-cv-03750-XR VILLAFUERTE ACOSTA v. LYONS et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 04/21/2026

Whether individualized bond hearing has occurred: No

280. 5:26-cv-03756-XR Pacheco Ramos v. Blanche et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/03/2026

Whether individualized bond hearing has occurred: No

281. 5:26-cv-03766-XR Garcia Rodriguez v. Lyons et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

49

***Attachment A***

Date of Instant Detention: 05/14/2026

Whether individualized bond hearing has occurred: No

282. 5:26-cv-03768-XR Hua Cao v. U.S. Immigration and Customs Enforcement et al

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(ii)

Date of Instant Detention: 10/03/2025

Whether individualized bond hearing has occurred: No

283. 5:26-cv-03775-XR Ramirez Calderon v. Lyons et al

Released/Removed: Yes

284. 5:26-cv-03785-XR Rodriguez Velandia v. Vergara, et al.

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(ii)

Date of Instant Detention: 05/08/2026

Whether individualized bond hearing has occurred: No

285. 5:26-cv-03790-XR Cordero v. Lyons et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 05/01/2026

Whether individualized bond hearing has occurred: Yes 06/30/2026

286. 5:26-cv-03793-XR Mairena v. Karnes County Immigration Processing Center et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/18/2026

Whether individualized bond hearing has occurred: No

287. 5:26-cv-03810-XR GONZALEZ YANEZ v. ORTEGA et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

50

***Attachment A***

Date of Instant Detention: 06/08/2026

Whether individualized bond hearing has occurred: No

288. 5:26-cv-03816-XR Fleurimond v. Warde, South Texas Ice Processing Center et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 02/01/2026

Whether individualized bond hearing has occurred: No

289. 5:26-cv-03823-XR Gonzales Rivera v. Lyons et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 04/16/2026

Whether individualized bond hearing has occurred: No

290. 5:26-cv-03825-XR Uranga Iriarte v. U.S. Immigration and Customs Enforcement et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 12/23/2025

Whether individualized bond hearing has occurred: No

291. 5:26-cv-03828-XR Kumar v. U.S. Immigration and Customs Enforcement et al

Released/Removed: No

Detention Authority: 1231

Date of Instant Detention: 08/10/2025

Date removal order became final: IJ decision 04/07/2026; BIA rejected appeal 05/26/2026

Whether individualized bond hearing has occurred: N/A

292. 5:26-cv-03829-XR Saavedra Torres v. Lyons et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

51

**Attachment A**

Date of Instant Detention: 02/11/2026

Whether individualized bond hearing has occurred: Yes, 03/19/2026

293. 5:26-cv-03831-XR Arias Figueredo v. Vergara et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/29/2026

Whether individualized bond hearing has occurred: No

294. 5:26-cv-03835-XR Carroz Moran v. Vergara et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/09/2026

Whether individualized bond hearing has occurred: No

295. 5:26-cv-03836-XR ROIG-Moncada v. South Texas Ice Processing Center et al

Released/Removed: No

Detention Authority: 1225(b)(1)(B)(ii)

Date of Instant Detention: 12/24/2025

Whether individualized bond hearing has occurred: No

296. 5:26-cv-03851-XR Garcia Alejandre v. MULLIN, et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/30/2026

Whether individualized bond hearing has occurred: No

297. 5:26-cv-03862-XR ORELLANA DIAZ v. MULLIN, et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/08/2026

Whether individualized bond hearing has occurred: No

**Attachment A**

298. 5:26-cv-03877-XR Mendoza Vollecillo v. U.S. Department of Homeland Security et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 05/30/2026

    Whether individualized bond hearing has occurred: No

299. 5:26-cv-03887-XR Quintero Rodriguez v. Attorney General of the United States et al

    Released/Removed: No

    Detention Authority: 1231

    Date of Instant Detention: May 23, 2026

    Date removal order became final: June 21, 2026

    Whether individualized bond hearing has occurred: N/A

300. 5:26-cv-03892-XR De La Fuente Martinez v. Mullin et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 06/10/2026

    Whether individualized bond hearing has occurred: No

301. 5:26-cv-03918-XR Herrera-Lopez v. Mulling et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 05/28/2026

    Whether individualized bond hearing has occurred: No

302. 5:26-cv-03932-XR Cortez-Chacon v. Warden of the Karnes County Immigration Processing Center, et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 06/11/2026

    Whether individualized bond hearing has occurred: No

*Attachment A*

303. 5:26-cv-03934-XR Munoz Gomez v. Karnes County Immigration Processing Center et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: June 17, 2026

Whether individualized bond hearing has occurred: No

304. 5:26-cv-03936-XR Blanco Guevara v. Karnes County Immigration Processing Center et al

Released/Removed: Yes

305. 5:26-cv-03938-XR VAZQUEZ LOPEZ v. ORTEGA et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/16/2026

Whether individualized bond hearing has occurred: No

306. 5:26-cv-03941-XR Zamora-Arau v. Attorney General et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A) but may implicate 1226(c)

Date of Instant Detention: 06/10/2026

Whether individualized bond hearing has occurred: No

307. 5:26-cv-03947-XR Zepeda v. U.S. Department of Homeland Security et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/24/2026

Whether individualized bond hearing has occurred: No

308. 5:26-cv-03955-XR Canales-Sosa v. Warden of South Texas ICE Processing Center, et al.

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/05/2026

Whether individualized bond hearing has occurred: No

***Attachment A***

309. 5:26-cv-03964-XR Zaleta Ramirez v. Blanche et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 06/22/2026

    Whether individualized bond hearing has occurred: No

310. 5:26-cv-03968-XR Carranza Sanchez v. Vergara et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 05/14/2026

    Whether individualized bond hearing has occurred: No

311. 5:26-cv-03974-XR Pacheco Manueles v. Blanche et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 05/25/2026

    Whether individualized bond hearing has occurred: No

312. 5:26-cv-03977-XR Xiuyu v. Vergara et al

    Released/Removed: No

    Detention Authority: 1231

    Date of Instant Detention: April 23, 2026

    Date removal order became final: May 8: 2026

    Whether individualized bond hearing has occurred: N/A

313. 5:26-cv-03980-XR Gallardo Duarte v. Vergara et al

    Released/Removed: No

    Detention Authority: 1229c; 8 C.F.R. § 1240.26(b)(1)(i)(B)

    Date of Instant Detention: June 18, 2026

    Whether individualized bond hearing has occurred: No

***Attachment A***

314. 5:26-cv-03986-XR Alvarez Barrera v. Warden of Karnes County Immigration Processing Center et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 05/21/2026

    Whether individualized bond hearing has occurred: No

315. 5:26-cv-03989-XR Gonzalez Araujo v. Warden, Karnes County Immigration Processing Center et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 03/03/2026

    Whether individualized bond hearing has occurred: No

316. 5:26-cv-04009-XR Rodriguez-Rodriguez v. Blanche et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 06/16/2026

    Whether individualized bond hearing has occurred: No

317. 5:26-cv-04018-XR Machado Centeno v. Vergara et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 06/14/2026

    Whether individualized bond hearing has occurred: No

318. 5:26-cv-04019-XR Nava Pineda v. Vergara et al

    Released/Removed: Yes

319. 5:26-cv-04021-XR Suarez Hernandez v. Blanche et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 06/12/2026

56

**Attachment A**

Whether individualized bond hearing has occurred: No

320. 5:26-cv-04029-XR Renteria Cardenas v. Attorney General et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/09/2026

Whether individualized bond hearing has occurred: No

321. 5:26-cv-04033-XR Corea-Martinez v. Dtor of the South Texas ICE Processing Center et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: April 18, 2025

Whether individualized bond hearing has occurred: No

322. 5:26-cv-04035-XR Jin v. Rodriguez, et al.

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 02/24/2026

Whether individualized bond hearing has occurred: No

323. 5:26-cv-04037-XR Cortes Suarez v. Mullin et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/11/2026

Whether individualized bond hearing has occurred: No

324. 5:26-cv-04040-XR ABREGO CANTARERO v. BLANCHE et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/24/2026

Whether individualized bond hearing has occurred: No

325. 5:26-cv-04044-XR Alvaro Paquiul Coy v. Ortega et al

***Attachment A***

Released/Removed: Yes

326. 5:26-cv-04047-XR Andrade-Resendiz v. Blanche et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: June 17, 2026

Whether individualized bond hearing has occurred: No

327. 5:26-cv-04059-XR JAIMES-PEREZ v. ORTEGA et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: June 23, 2026

Whether individualized bond hearing has occurred: No

328. 5:26-cv-04069-XR Rios-Sanchez v. U.S. Immigration and Customs Enforcement et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: May 18, 2026

Whether individualized bond hearing has occurred: No

329. 5:26-cv-04071-XR Gahatraj v. Blanche et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: February 27, 2026

Whether individualized bond hearing has occurred: No

330. 5:26-cv-04074-XR Figueredo-Carrasco v. Attorney General of the United States et al

Released/Removed: Yes

331. 5:26-cv-04080-XR Calderon Hernandez v. Warden, Karnes County Immigration Processing Center et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

58

***Attachment A***

Date of Instant Detention: June 18, 2026

Whether individualized bond hearing has occurred: No

332. 5:26-cv-04082-XR Soto-Reza v. Mullin, et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: June 16, 2026

Whether individualized bond hearing has occurred: No

333. 5:26-cv-04087-XR Lopez Lopez v. Facility Warden et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: June 21, 2026

Whether individualized bond hearing has occurred: No

334. 5:26-cv-04092-XR Perales Chapa v. Bondi et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: September 11, 2025

Whether individualized bond hearing has occurred: No

335. 5:26-cv-04093-XR Armas Gutierrez v. Mullin et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 02/27/2026

Individualized bond hearing: No

336. 5:26-cv-04094-XR Meza Rodriguez v. Bondi et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: May 29, 2026

Whether individualized bond hearing has occurred: No

**Attachment A**

337. 5:26-cv-04105-XR Vazquez de Vielma v. Director, Dilley Immigration Processing Center et al

    Released/Removed: Yes

338. 5:26-cv-04109-XR VELASQUEZ-AMAYA v. BLANCHE et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: May 11, 2026

    Whether individualized bond hearing has occurred: No

339. 5:26-cv-04116-XR Luma v. Blanche, et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: December 12, 2025

    Whether individualized bond hearing has occurred: No

340. 5:26-cv-04120-XR Cermeno y Cermeno v. MULLIN et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: June 17, 2026

    Whether individualized bond hearing has occurred: No

341. 5:26-cv-04125-XR Salinas Castillo v. Warden, et al.

    Released/Removed: No

    Detention Authority: 1229c; 8 C.F.R. § 1240.26(b)(1)(i)(B)

    Date of Instant Detention: March 4, 2026

    Whether individualized bond hearing has occurred: No

342. 5:26-cv-04126-XR Sotelo Soto v. Warden, et al.

    Released/Removed: No

    Detention Authority: 1226

    Date of Instant Detention: May 17, 2026

*Attachment A*

Whether individualized bond hearing has occurred: Yes, 06/23/2026

343. 5:26-cv-04141-XR Ariza Martinez v. Blanche, et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: June 17, 2026

Whether individualized bond hearing has occurred: No

344. 5:26-cv-04142-XR Medina Sierra v. Department of Homeland Security et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: June 9, 2026

Whether individualized bond hearing has occurred: No

345. 5:26-cv-04148-XR Abreu v. South Texas ICE Processing Center et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: August 22, 2025

Whether individualized bond hearing has occurred: No

346. 5:26-cv-04151-XR Chavez Badillo v. Vergara et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/26/2026

Whether individualized bond hearing has occurred: No

347. 5:26-cv-04152-XR Garcia Zamora v. Mullin, et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/09/2026

Whether individualized bond hearing has occurred: No

348. 5:26-cv-04167-XR Guevara Gonzalez v. Blanche et al

61

*Attachment A*

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/23/2026

Whether individualized bond hearing has occurred: No

349. 5:26-cv-04171-XR Arzik v. Warden of the Karnes County Immigration Processing Center et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/24/2026

Whether individualized bond hearing has occurred: No

350. 5:26-cv-04181-XR Escatel Cordero v. Mullin, et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/20/2026

Whether individualized bond hearing has occurred: No

351. 5:26-cv-04193-XR Villalobos Guevara v. Karnes County Immigration Processing Center

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/16/2026

Whether individualized bond hearing has occurred: No

352. 5:26-CV-04196-XR KC v Thompson et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/19/2026

Whether individualized bond hearing has occurred: No

353. 5:26-cv-04203-XR Santana Martinez v. Warden et al

Released/Removed: Yes

**Attachment A**

354. 5:26-CV-04205-XR Otero-Martinez v. Blanche et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 06/23/2026

    Whether individualized bond hearing has occurred: No

355. 5:26-CV-04210-XR Gutierrez-Lozada v. Warden, South Texas Immigration Processing Center et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 06/20/2026

    Whether individualized bond hearing has occurred: No

356. 5:26-CV-04213-XR Ramirez Hernandez v. U.S. Immigration and Customs Enforcement et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 06/05/2026

    Whether individualized bond hearing has occurred: No

357. 5:26-CV-04214-XR Trochez Orellana v. Warden, South Texas Immigration Processing Center et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 06/18/2026

    Whether individualized bond hearing has occurred: No

358. 5:26-cv-04217-XR ZAMORA MATOS v. MULLIN et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 06/27/2026

    Whether individualized bond hearing has occurred: No

**Attachment A**

359. 5:26-CV-04223-XR Silva-Quintero v. Attorney General of the United States et al.

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 06/18/2026

    Whether individualized bond hearing has occurred: No

360. 5:26-CV-04224-XR Garcia v Attorney General of the United States et al

    Released/Removed: No

    Detention Authority: 1231

    Date of Instant Detention: 05/29/2026

    Date removal order became final: 07/07/2012; removal order reinstated 05/29/2026

    Whether individualized bond hearing has occurred: N/A

361. 5:26-cv-04225-XR Dominguez v. U.S. Immigration and Customs Enforcement et al

    Released/Removed: No

    Detention Authority: 1231

    Date of Instant Detention: June 12, 2026

    Date removal order became final: June 26, 2026

    Whether individualized bond hearing has occurred: N/A

362. 5:26-cv-04230-XR HERNANDEZ HERNANDEZ v. Thompson et al

    Released/Removed: No

    Detention Authority: 1226

    Date of Instant Detention: April 16, 2026

    Whether individualized bond hearing has occurred: Yes, 06/08/2026

363. 5:26-cv-04231-XR, Cajero Lucas v. Venturella et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 06/23/2026

    Whether individualized bond hearing has occurred: No

64

**Attachment A**

364. 5:26-cv-04235-XR, Milian Garcia v. Vergara, et al.

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/27/2026

Whether individualized bond hearing has occurred: No

365. 5:26-cv-04242-XR, Aranguren Palma v. Warden, South Texas Immigration Processing Center et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/05/2026

Whether individualized bond hearing has occurred: No

366. 5:26-cv-04246-XR, Ic-Cholon v. Blanche et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/06/2026

Whether individualized bond hearing has occurred: No

367. 5:26-cv-04251-XR, Perez Martinez v. U.S. Department of Homeland Security et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/24/2026

Whether individualized bond hearing has occurred: No

368. 5:26-cv-04253-XR, Moya-Agreda v. Warden, Karnes County Immigration Processing Center et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/29/2026

Whether individualized bond hearing has occurred: No

***Attachment A***

369. 5:26-cv-04256-XR, Llaves Merentes v. Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operation et al

    Released/Removed: No

    Detention Authority: 1225(b)(1(B)(ii)

    Date of Instant Detention: 06/27/2026

    Whether individualized bond hearing has occurred: No

370. 5:26-cv-04263-XR, De La Hoz Garcia v. Warden, Karnes County Immigration Processing Center et al

    Released/Removed: No

    Detention Authority: 1225(b)(1(B)(ii)

    Date of Instant Detention: 06/25/2026

    Whether individualized bond hearing has occurred: No

371. 5:26-cv-04270-XR, Malave Casares v. U.S Department of Homeland Security et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 06/24/2026

    Whether individualized bond hearing has occurred: No

372. 5:26-cv-04276-XR, Aviles-Villegas v. Blanche, et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 06/26/2026

    Whether individualized bond hearing has occurred: No

373. 5:26-cv-04279-XR, Maldonado v. Warden, Karnes County Immigration Processing Center et al

    Released/Removed: No

    Detention Authority: 1225(b)(2)(A)

    Date of Instant Detention: 6/22/2026

    Whether individualized bond hearing has occurred: No

***Attachment A***

374. 5:26-cv-04284-XR, Portales-Inestroza v. Blanche et al

　　Released/Removed: No

　　Detention Authority: 1225(b)(2)(A)

　　Date of Instant Detention: 06/12/2026

　　Whether individualized bond hearing has occurred: No

375. 5:26-cv-04303-XR, Velasquez Lopez v. Venturella et al

　　Released/Removed: Yes

　　Detention Authority: 1231

　　Date of Instant Detention: 05/21/2025

　　Date removal order became final: 04/19/2012

　　Whether individualized bond hearing has occurred: N/A

376. 5:26-cv-04309-XR, Gonzalez-Munoz v. Attorney General of the United States et al

　　Released/Removed: No

　　Detention Authority: 1225(b)(2)(A)

　　Date of Instant Detention: 05/27/2026

　　Whether individualized bond hearing has occurred: No

377. 5:26-cv-04311-XR, Asongafac Cyril v. Warden, South Texas ICE Processing Center

　　SUCCESSIVE petition: 5:26-CV-2466-OLG (petition denied)

　　Released/Removed: No

　　Detention Authority: 1225(b)(2)(A)

　　Date of Instant Detention: 01/28/2025

　　Whether individualized bond hearing has occurred: No

378. 5:26-cv-04318-XR, Mondragon Santos v. Attorney General of the United States et al

　　Released/Removed: No

　　Detention Authority: 1226

　　Date of Instant Detention: 06/16/2026

　　Whether individualized bond hearing has occurred: No

*Attachment A*

379. 5:26-cv-04326-XR, Ayala Arellano v. Vergara, et al.

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/16/2026

Whether individualized bond hearing has occurred: No

380. 5:26-cv-04328-XR, Almazan Pascual v. U.S. Department of Homeland Security et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 05/26/2026

Whether individualized bond hearing has occurred: No

381. 5:26-cv-04330-XR, Villasmil Montero v. U.S. Department of Homeland Security et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/10/2026

Whether individualized bond hearing has occurred: No

382. 5:26-cv-04344-XR, Ibarra Zamora v. Vergara et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 05/19/2026

Whether individualized bond hearing has occurred: Yes, 06/04/2026

383. 5:26-cv-04348-XR, Aquino Flores v. Vergara et al

Released/Removed: No

Detention Authority: 1226

Date of Instant Detention: 05/19/2026

Whether individualized bond hearing has occurred: No

384. 5:26-cv-04350-XR, Salinas Cruz v. Vergara et al

Released/Removed: No

*Attachment A*

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 06/04/2026

Whether individualized bond hearing has occurred: No

385. 5:26-cv-04353-XR, MANCHA AVILA v. ORTEGA et al

Released/Removed: No

Detention Authority: 1225(b)(2)(A)

Date of Instant Detention: 7/2/2026

Whether individualized bond hearing has occurred: No